## MOORE, Executrix of Moore, v. CORSE.

High Court of Errors and Appeals. August, 1814.

*Clayton's Notebook, 184.*

THE CHANCELLOR dismissed the bill on the merits.

The cause of appeal assigned was mistake at first as to amount of assets, payment under that; the decree against law, equity and good conscience. *J. Rogers* and *G. Read*.

PER CURIAM. Let the decree of the Chancellor stand affirmed.

(*Vide, contra, Atkins v. Hill*, Cowp. 287. If after legacy paid, debts appear, the money may be recovered back, on the ground of a payment by mistake.)